**Order entered September 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00855-CV

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I TRUST 2006-NC-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006 NC5, Appellant**

**V.**

**KINGMAN HOLDINGS, LLC, AS TRUSTEE FOR THE MAHOGANY 1587 LAND TRUST, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04363-2013**

## ORDER

The Court has before it Kevin Alaimo's August 31, 2015 "Motion to Intervene" as an appellee in this appeal. Appellant opposes Alaimo's motion to intervene as an appellee. Oral submission of this appeal is scheduled for September 15, 2015.

We **REQUEST** appellant to file any response to Alaimo's motion to intervene on or before **Tuesday, September 8, 2015**. *See* TEX. R. APP. P. 2. Any response to Alaimo's motion to intervene shall be limited to addressing the virtual-representation doctrine and factors concerning the timeliness of Alaimo's motion to intervene contained in *In re Lumbermens Mutual Casualty Company*, 184 S.W.3d 718, 723–28 (Tex. 2006) (orig. proceeding).

We **DIRECT** the Clerk to forward this order to the attorneys of record for appellant and appellee, and to attorney for Alaimo, Jeremy T. Brown, Irelan McDaniel, PLLC, 10440 N. Central Expressway, Suite 800, Dallas, TX 75231.

/s/ ROBERT M. FILLMORE
PRESIDING JUSTICE